# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
SORELIS NUNEZ,

                                   **Plaintiff,**

    -against -

TARGET CORPORATION,

                                   **Defendant.**
-----------------------------------------------------------------x

Index No.:

**SUMMONS WITH NOTICE**

**VENUE**
New York County

**BASIS OF VENUE**
Plaintiff's Place of Residence
2855 Frederick Douglass Blvd
New York, New York 10039

**TO THE ABOVE-NAMED DEFENDANT(S):**

    **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney, at the address stated below, a notice of appearance or demand for a complaint.

    If this Summons with Notice was personally served upon you in the State of New York, the notice of appearance or demand for complaint must be served within twenty (20) days after such service of the Summons with Notice, excluding the date of the service. If this Summons with Notice was not personally delivered to you within the State of New York, the notice of appearance or demand for complaint must be served within thirty (30) days after service of this Summons with Notice is completed as provided by law.

    **PLEASE TAKE NOTICE THAT** the nature of this action is employment discrimination on the basis of Plaintiff's gender, status as a domestic violence victim, and failure to accommodate in violation of the New York State Human Rights Law and the New York City Human Rights Law.

    The relief sought is: an amount to be determined at trial but in no event less than One Million Five Hundred Thousand Dollars ($1,500,000.00) together with attorneys' fees and interest thereon.

**PLEASE TAKE FURTHER NOTICE** that if you do not serve a notice of appearance or demand for a complaint within the applicable time limitation stated above, a judgment will be entered against you, by default, for the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00) together with interest, attorneys' fees and the costs and disbursements of this action.

The action will be heard in the Supreme Court of the State of New York, in and for the County of New York. The basis for the venue is Plaintiff's place of residence.

**Dated: New York, New York**
**April 3, 2024**

GODDARD LAW PLLC
*Attorneys for Plaintiff*

By: /s/ Megan S. Goddard
**Megan S. Goddard, Esq.**
**39 Broadway, Suite 1540**
**New York, New York 10006**
**(646) 964-1178**
**Megan@goddardlawnyc.com**

**TO:** Target Corporation
7000 Exterior Street
Bronx, New York 10451